**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KERRY ZETTLEMOYER, et al.** | : | **CIVIL ACTION NO. 1:05-CV-0092** |
| **Plaintiffs** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **PITTSBURGH GLAZING SYSTEMS, INC., et al.,** | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 12th day of September, 2005, upon consideration of plaintiffs' motion for summary judgment (Doc. 26), and it appearing that plaintiffs filed a statement of facts (Doc. 27) and a brief in support of the motion (Doc. 28) on August 1, 2005, that defendants' brief in opposition and statement of facts were due by August 19, 2005, see L.R. 7.6; L.R. 56.1, and that defendants have not filed a brief and statement of facts as of the date of this order, it is hereby ORDERED that defendants shall file a brief in opposition to the motion for summary judgment (Doc. 26) and corresponding statement of facts on or before September 19, 2005. Failure to comply with this order may result in the granting of the motion. See L.R. 7.6 (providing that a party who fails to file a brief in opposition to a motion "shall be deemed not to oppose such motion"); see also L.R. 56.1 (stating that the moving party's statement of facts pursuant to a motion for summary judgment will be deemed "admitted unless controverted" by the opposing party).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge