# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KERRY ZETTLEMOYER, et al.** : | **CIVIL ACTION NO. 1:05-CV-0092** |
| **Plaintiffs** : | **(Judge Conner)** |
| : | |
| **v.** : | |
| : | |
| **PITTSBURGH GLAZING SYSTEMS,** : | |
| **INC., et al.,** : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 26th day of October, 2005, upon consideration of the order of court (Doc. 31) dated September 12, 2005, directing defendants to file a brief in opposition to plaintiffs' motion for summary judgment (Doc. 26) and a corresponding statement of facts on or before September 19, 2005, and it appearing that defendants have not filed a brief in opposition or corresponding statement of facts as of the date of this order, it is hereby ORDERED that defendants shall file a response, on or before November 2, 2005, showing cause why plaintiffs' motion for summary judgment (Doc. 26) should not be granted.  See L.R. 7.6 (providing that a party who fails to file a brief in opposition to a motion "shall be deemed not to oppose such motion"); see also L.R. 56.1 (stating that the moving party's statement of facts pursuant to a motion for summary judgment will be deemed "admitted unless controverted" by the opposing party).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge