IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KERRY ZETTLEMOYER**, et al. : | CIVIL ACTION NO. 1:05-CV-0092 |
| Plaintiffs : | (Judge Conner) |
| v. : | |
| **PITTSBURGH GLAZING SYSTEMS, INC.**, et al., : | |
| Defendants : | |

## ORDER

AND NOW, this 6th day of July, 2006, upon consideration of the affidavit and exhibits (Doc. 38) supporting the interest and liquidated damages requested in plaintiffs' motion for summary judgment, see 29 U.S.C. § 1132(g)(2) (awarding interest on unpaid contributions and liquidated damages in an action by a fiduciary for or on behalf of a plan to enforce 29 U.S.C. § 1145), and it appearing that defendant Pittsburgh Glazing Systems, Inc. has not filed an opposition to the requested amounts as of the date of this order,[1] it is hereby ORDERED that:

1. Judgment is entered in favor of plaintiffs and against defendant Pittsburgh Glazing Systems, Inc. in the amount of $8,454.06, consisting of $3,971.36 in interest and $4,482.70 in liquidated damages.  See 29 U.S.C. § 1132(g)(2)(D).  These amounts are allocated as follows:

   a. Iron Workers Local Union No. 404 Annuity Fund is owed $720.39 in interest and $1,630.30 in liquidated damages.

---

[1] The order of court dated May 16, 2006 (Doc. 37) permitted defendant Pittsburgh Glazing Systems, Inc. to respond to plaintiffs' affidavit and supporting documentation on or before June 30, 2006.

      b.      Iron Workers District Council (Philadelphia and Vicinity) Pension and Health & Welfare Fund is owed $3,250.97 in interest and $2,852.40 in liquidated damages.

2.      The Clerk of Court is directed to CLOSE this case.

                                                  /s/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge